ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2023-Oct-31  11:55:15
17CV-23-604
C21D02 : 10 Pages

## IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS
### CIVIL DIVISION

**LANCE HENDRIX AND LACEY HENDRIX**                                          **PETITIONERS**

V.                                    CASE NO. _____

**FREDONOMICS, LLC.**                                                        **RESPONDENTS**

### PETITION TO PARTITION REAL PROPERTY

Comes now Petitioners, Lance Hendrix and Lacey Hendrix, by and through their counsel M. Jered Medlock of Medlock & Gramlich Attorneys at Law, and for their claim and cause of action against the Respondents, Fredonomics, LLC states:

1. Petitioners are citizens and residents of Crawford County, State of Arkansas.

2. Respondent is a Louisiana Limited Liability Company doing business in the State of Arkansas with its primary officer, Jeremy Fredericks, a resident of the State of Arkansas.

3. The subject property is located within Crawford County within the State of Arkansas.

4. The parties are fifty percent (50%) equal co-owners of certain real property located within Crawford County, Arkansas. Said property consists of two (2) residences along with seven hundred thirty six acres (736) more or less; which is more particularly described as set out in Exhibit "A."

5. Petitioners are in conflict over the appropriate division of the property among them. The uniqueness of the property renders it incapable of division in kind. As such, the property should be sold, the indebtedness paid, and the proceeds of the sale should be

divided and apportioned according to the equal ownership of the property amongst the Petitioners.

6. Attorneys for Petitioners are entitled to reimbursement of their attorney fees and costs for pursuing this matter pursuant to Arkansas Code.

Respectfully Submitted,
Lance Hendrix and Lacey Hendrix,

By: *M. Jered Medlock*
M. Jered Medlock, ABA#2005304
Medlock & Gramlich, LLP
105 N. 14th Street
Fort Smith, AR 72902
Phone No. (479) 494-5614
Fax No.   (479) 802-4742

Document Number 2022004237 Page 1 of 8

```
Doc Num 2022004237
$50.00
04/18/2022     12:48:04 PM
Filed & Recorded in the Official Records of
SHARON BLOUNT-BAKER, CIRCUIT CLERK
By: _____JM_____
```

**CLERK'S STAMP**

The following attached:

TYPE OF DOCUMENT: __Act of Sale__

GRANTOR: __Fredonomics LLC__

GRANTEE: __Lance & Lacey Hendrix__

Document(s) are being filed into the Crawford County Circuit Clerk's Office this date.

Sharon L. Blount-Baker
CRAWFORD COUNTY CIRCUIT CLERK
P.O. BOX 608
317 MAIN STREET
VAN BUREN, ARKANSAS 72957-5799
(479) 474-1821 Office • (479) 471-3221 Child Support

.50 - Stephanie Cowin


EXHIBIT A

8

Document Number 2022004237 Page 2 of 8

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

**ACT OF SALE**

BE IT KNOWN, that on the dates, at the places designated below, but effective March 11, 2022, and before the undersigned Notaries Public, duly commissioned and qualified in and for the aforesaid Parish/County and State where this Act of Sale is executed, and in the presence of the undersigned competent witnesses, personally came and appeared:

**FREDONOMICS LLC** ("Grantor"), a Louisiana limited liability company, with mailing address of 139 B James Comeaux Road, Suite 587, Lafayette, Louisiana 70508, represented herein by its duly authorized manager and member, Jeremy Frederick, whose address 719 Garber Road, Broussard, Louisiana 70518,

who did declare that for the consideration hereinafter mentioned Grantor does by these presents, sell, assign, convey, transfer and deliver, unto:

**Lance and Lacey Hendrix** ("Grantee"), husband and wife, whose address is 411 E. Front Ave., Chester, AR 72934;

for the benefit of Grantee, and Grantee's heirs, successors and assigns, an undivided fifty percent (50%) interest in the following described property, with all its component parts, including all rights, rights-of-way, privileges, servitudes and appurtenances thereto belonging, the possession of which Grantee acknowledges, to-wit (hereinafter, collectively the "Property"):

SEE **EXHIBIT "A"** ATTACHED HERETO AND MADE A PART HEREOF FOR THE LEGAL DESCRIPTION OF THE PROPERTY.

The Property consist of two houses at 11401 Schaberg Road, Mountainburg, Arkansas 72946 along with 735.91 acres of land, more or less.

THE PROPERTY WILL BE CONVEYED BY GRANTOR AND ACCEPTED BY GRANTEE "AS IS, WHERE IS", WITH ALL FAULTS, AND WITHOUT ANY WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF CONDITION, FITNESS FOR A PARTICULAR PURPOSE OR HABITABILITY. GRANTEE ACKNOWLEDGES THAT, EXCEPT AS OTHERWISE PROVIDED IN THIS ACT OF SALE, GRANTOR HAS MADE NO REPRESENTATION, WARRANTY OR GUARANTY, EXPRESS OR IMPLIED, ORAL OR WRITTEN, PAST, PRESENT OR FUTURE, OF, AS TO, OR INCLUDING: (A) THE CONDITION OR STATE OF REPAIR OF THE PROPERTY, INCLUDING, WITHOUT LIMITATION, ANY CONDITION ARISING FROM HAZARDOUS SUBSTANCES; (B) THE QUALITY, NATURE, ADEQUACY, AND PHYSICAL CONDITION OF THE PROPERTY, INCLUDING BUT NOT LIMITED TO, THE STRUCTURAL ELEMENTS, ENVIRONMENTAL ISSUES, APPURTENANCES, ACCESS; (C) THE QUALITY,

- 1 -

NATURE, ADEQUACY AND PHYSICAL CONDITION OF SOILS AND GEOLOGY AND THE EXISTENCE OF GROUND WATER; (D) THE EXISTENCE, QUALITY, NATURE, ADEQUACY AND PHYSICAL CONDITIONS OF UTILITIES SERVING THE PROPERTY; (E) THE DEVELOPMENT POTENTIAL OF THE PROPERTY, ITS HABITABILITY, MERCHANTABILITY, OR THE FITNESS, SUITABILITY OR ADEQUACY OF PROPERTY FOR ANY PARTICULAR PURPOSE; (F) THE ZONING OR OTHER LEGAL STATUS OF THE PROPERTY; (G) THE PROPERTY OR ITS OPERATIONS' COMPLIANCE WITH ANY APPLICABLE CODES, LAWS, REGULATIONS, STATUTES, ORDINANCES, COVENANTS, CONDITIONS, AND RESTRICTIONS OF ANY GOVERNMENTAL OR QUASI-GOVERNMENTAL ENTITY OR OF ANY OTHER PERSON OR ENTITY.

GRANTEE HEREBY ACKNOWLEDGES AND DECLARES RELIANCE SOLELY ON THEIR OWN EXAMINATION, INSPECTION AND EVALUATION OF THE PROPERTY, AND NOT ON ANY WARRANTIES OR REPRESENTATION, WHETHER EXPRESS OR IMPLIED OR WRITTEN OR ORAL, FROM GRANTOR.

The Property will be purchased by Grantor for $1,750,000.00 utilizing a thirty-year (30 year) loan with a fifteen percent (15%) down payment. In consideration hereof, Grantee expressly agrees to pay and be liable for one-half (1/2) of the purchase price of the Property, to include any closing costs, interest, or other related fees. Grantee shall remit fifty percent (50%) of the initial down payment to Grantor prior to March 10, 2022. Grantee shall remit fifty percent (50%) of the monthly loan payments to Grantor on or before the date upon which Grantor is obligated make payment to the financial institution possessing the promissory note granted by Grantor in connection with the purchase of the Property.

Grantee further agrees to be liable for, and pay, one-half (1/2) of all costs and liabilities associated with owning the Property, to include, but not limited to, taxes, maintenance, and any liability or adverse claims arising from ownership of the Property.

Grantor and Grantee dispense with the production of any mortgage certificate, tax receipts or other certificates that may be required by law and the undersigned Notaries Public are released from any responsibility or liability for not producing and/or attaching same. The undersigned Notaries and counsel engaged for purposes of drafting this Act of Sale have not rendered, nor have they been requested to render, an opinion on the title to the Property transferred pursuant to this instrument, nor have said Notaries or counsel made any warranty or representation as to the zoning of the Property.

This Act of Sale may be executed in two or more counterparts, and it shall not be necessary that the signatures of all parties hereto be contained on any one counterpart hereof; each counterpart shall be deemed an original, but all of which together shall constitute one and the same instrument.

[*Signature Pages Follow*]

- 2 -

Document Number 2022004237 Page 4 of 8

**THUS DONE AND SIGNED** by the Grantor in Lafayette, Louisiana, on this 4 day of April, 2022, in the presence of me, Notary Public, and the following competent witnesses who have signed in the presence of the parties and me, Notary Public.

WITNESSES:

*/s/ Elise Martin/*

Printed Name:
Elise Martin

*/s/ Charlie Boagni/*

Printed Name:
Charlie Boagni

FREDONOMICS LLC

BY: */s/ Jeremy Frederick/*
JEREMY FREDERICK
MANAGER

*/s/ William Bertrand/*
NOTARY PUBLIC IN AND FOR
LAFAYETTE PARISH, LOUISIANA
My Commission Expires:
Lifetime

William Bertrand
Notary Public ID#78332
State of Louisiana
My Commission is for Life

- 3 -

Document Number 2022004237 Page 5 of 8

**THUS DONE AND SIGNED** by the Grantee in  Lafayette , Louisiana , on this  4  day of  April , 2022, in the presence of me, Notary Public, and the following competent witnesses who have signed in the presence of the parties and me, Notary Public.

WITNESSES:

_Elise Martin_
Printed Name: Elise Martin

_Charlie Boagni_
Printed Name: Charlie Boagni

_____
LANCE HENDRIX

_____
LACEY HENDRIX

_____
NOTARY PUBLIC IN AND FOR
  LOUISIANA  
My Commission Expires:
  Lifetime  

William Bertrand
Notary Public ID #78339
State of Louisiana
My Commission is for Life

- 4 -

Document Number 2022004237 Page 6 of 8

# EXHIBIT "A"
## PREMISES DESCRIPTION

THE PROPERTY REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF CRAWFORD, STATE OF <u>ARKANSAS</u>, AND IS DESCRIBED AS FOLLOWS:

The Property consist of two houses at 11401 Schaberg Road, Mountainburg, Arkansas 72946 along with 735.91 acres of land, more or less.

- 5 -

Document Number 2022004237 Page 7 of 8

## EXHIBIT "A"

TRACT 1: ALL OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST, INCLUDING ALL OF BLOCKS 2, 3 AND 4, LEE'S ADDITION TO PORTER, AND ALSO INCLUDING LOTS 4 AND 5 IN BLOCK 7 LEE'S ADDITION TO THE TOWN OF PORTER, NOW SCHABERG.

LESS AND EXCEPT PART OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF SAID FORTY ACRE TRACT; RUN THENCE SOUTH ALONG THE EAST LINE OF SAID FORTY ACRE TRACT 684 FEET; THENCE WEST 160 FEET; THENCE NORTH 684 FEET; THENCE EAST 160 FEET TO THE POINT OF BEGINNING.

ALSO LESS AND EXCEPT ALL THAT PART LYING SOUTH AND EAST OF THE RAILROAD.

TRACT 2: ALL THAT PART OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING AND BEING EAST OF THE INTERSTATE HIGHWAY 49.

TRACT 3: THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 9, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 4: THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 9, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 5: THE SOUTHEAST QUARTER OF SECTION 9, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 6: THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 7: THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 8: ALL THAT PART OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING NORTH AND WEST OF THE RAILROAD.

TRACT 9: ALL OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST LYING NORTH AND WEST OF THE RAILROAD.

TRACT 10: ALL OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 15, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING AND BEING NORTH AND WEST OF THE RAILROAD.

TRACT 11: THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER AND ALL THAT PART OF THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING NORTH AND WEST OF THE RAILROAD.

TRACT 12: ALL THAT PART OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING NORTH OF THE RAILROAD.

ALSO, ALL OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST, LESS AND EXCEPT THE RAILROAD RIGHT OF WAY AND ALSO LESS AND EXCEPT ALL THAT PART LYING SOUTH OF HOWARD FORK OF CLEAR CREEK.

File No: 39849

Document Number 2022004237 Page 8 of 8

TRACT 13: THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST.

ALSO, THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST. LESS AND EXCEPT THE RAILROAD RIGHT OF WAY AND ALSO LESS AND EXCEPT ALL THAT PART LYING AND BEING SOUTH OF HOWARD FORK OF CLEAR CREEK.

TRACT 14: ALL OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 17, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING AND BEING EAST OF I-49.

LESS AND EXCEPT: PART OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 17, TOWNSHIP 12 NORTH, RANGE 30 WEST OF THE FIFTH PRINCIPAL MERIDIAN, CRAWFORD COUNTY, ARKANSAS, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A FOUND STONE AT THE NORTHEAST CORNER OF SAID SECTION 17; THENCE SOUTH 01 DEGREES 39 MINUTES 18 SECONDS WEST, 1359.02 FEET ALONG THE EAST LINE OF SAID SECTION 17; THENCE NORTH 88 DEGREES 20 MINUTES 42 SECONDS WEST 477.66 FEET TO A SET ONE-HALF INCH DIAMETER REBAR AND THE POINT OF BEGINNING; THENCE WEST 100 FEET; THENCE SOUTH 100 FEET; THENCE EAST 105 FEET; THENCE NORTH 100 FEET; THENCE WEST 5 FEET TO THE POINT OF BEGINNING.

TRACT 15: All that part of the East Half of the Southeast Quarter, Section 17, Township 12 North, Range 30 West lying North and West of the base of the mountain.

LESS AND EXCEPT the Railroad right of way;

ALSO LESS AND EXCEPT that part deeded to or used by the Highway Commission.

AND ALSO LESS AND EXCEPT All that part of the East Half of the Southeast Quarter, Section 17, Township 12 North, Range 30 West conveyed to Larry McNeese and Marsha McNeese by Warranty Deed recorded November 12, 2019 as Document No. 2019010893 in the office of the Circuit Clerk and Ex-Officio Recorder of Crawford County, Arkansas.



CERTIFICATE OF RECORD
STATE OF ARKANSAS, COUNTY OF CRAWFORD
I hereby certify that this instrument was Filed and Recorded in the Official Records in Doc Num 2022004237
04/18/2022    12:48:04 PM
SHARON BLOUNT BAKER
CRAWFORD County Circuit Clerk & Recorder
By: _____

File No: 39849