IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

---

**LANCE HENDRIX, et al.,**                                                                 **PLAINTIFFS**

**v.**                            **Case No. 2:23-CV-2144-TLB**

**FREDONOMICS, LLC**                                                                       **DEFENDANT**

---

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT
AND ORDER OF SALE BY US MARSHALS PUBLIC AUCTION**

---

COMES NOW the Plaintiffs, Lance Hendrix and Lacey Hendrix, and the Defendant, Fredonomics, LLC, by and through their undersigned counsel, and for their Joint Motion for Entry of Consent Judgment and Order of Sale by US Marshals Public Auction, state as follows:

1. The real property at issue is located in Mountainburg, Crawford County, Arkansas, and is more commonly known as 11401 Schaberg Road, Mountainburg, Arkansas 72946 (the "Property")

2. The Property is a multi-parceled property consisting of twenty-one (21) separate Crawford County parcels of property, and comprising of a total of seven hundred thirty-five and 91/100 (735.91) acres of property, more or less. The full legal description of the Property which will be the subject of the US Marshals public auction is attached hereto as Exhibit "A."

3. The Plaintiffs and Defendant enjoy an equal fifty percent (50%) equity ownership in the Property, and are also equally obligated at fifty percent (50%) on all mortgage debt obligations, taxes, costs, expenses, maintenance, upkeep and all other liabilities associated with the Property.

1

4. The Property is currently titled in the name of Fredonomics, LLC, and is encumbered by a Mortgage in favor of The Evangeline Bank & Trust Company[1]. The Mortgage is in the sole name of Fredonomics, LLC.

5. As of February 3, 2025, the Mortgage debt against the Property has a payoff balance of $1,460,341.83.

6. The Plaintiffs and the Defendant jointly request that this Court enter an Order of Sale directing that the Property be sold at public auction to be conducted by the US Marshals Service pursuant to the terms of an Order of Sale, to be entered by this Court.

7. The Plaintiffs and Defendant agree upon and respectfully request that the Order of Sale contain the following specific terms and conditions:

   a. The auction shall be conducted on March 13, 2025, with closing to be conducted sixty days after the date of auction. The Defendant shall be entitled to exclusive access and use of the Property in advance of the auction on March 11-13, 2025.

   b. Each and every bidder at the auction shall have a pre-approval letter and/or a letter of credit from a lending institution providing pre-approval for credit up to the amount which the bidder is entitled to bid.

   c. The top three (3) bids are binding bids, such that should the winning bidder be unable to close within sixty (60) days of the auction date, the second highest bidder becomes the winning bidder, and shall be required to close within forty-five days thereafter; and, if the second highest bidder is unable to close, the third highest bidder shall be required to close within forty-five days thereafter.

---

[1] This is intended to include any assigned entity from whom Evangeline Bank inherited the note.

d. Until such time as the sale is closed by payment in full of the purchase price by the winning bidder, the Plaintiffs and Defendant shall continue to share equally in the mortgage debt obligations, taxes, maintenance, costs and expenses associated with the Property. This obligation is modified only in the event that either the Plaintiffs or the Defendant are the winning bidder at the auction, at which time the winning bidder (Plaintiffs or Defendant) shall become solely obligated to make all such mortgage payments, taxes, maintenance, costs and expenses from and after the date of auction, including up to and after the date of the Commissioner's Deed is signed and entered in favor of the winning bidder. This will also result in the right of exclusive possession of the winning bidder effective immediately upon successful winning bid at auction.

e. The terms and place of the auction shall be advertised in a newspaper having general circulation in Crawford County and Washington County, Arkansas, by publication once a week for four (4) consecutive weeks, and the US Marshals shall conduct the auction at the main door of the United States Courthouse in Fayetteville, Arkansas, located at 35 East Mountain Street, Fayetteville, AR 72701, at public auction to the highest bidder.

f. The auction of the property shall be strictly on an "as is" basis, without any warranty as to the condition of the property.

g. That if Fredonomics, LLC (or Jeremy and/or Jaime Fredericks) becomes the highest bidder at said auction, Fredonomics, LLC may credit the amount of its bid and against the Mortgage debt owed by Fredonomics, LLC on the Property, such that the cash due from Fredonomics, LLC at the closing shall be the

3

        difference between the winning bid amount and the mortgage payoff balance (less its own 50% equity interest, which need not be paid back to itself).

  h. That the proceeds from the auction of the Property shall be paid, first, to the costs of the auction, including the US Marshals' fee and publication costs; second, to the payment of the indebtedness owed to The Evangeline Bank & Trust Company; third, to the Plaintiffs and the Defendant in equal parts (50% to each) from the remaining proceeds of the auction.

      i. That should Lance or Lacey Hendrix be the highest bidder at the auction, they shall be obligated to pay to Fredonomics, LLC their 50% equity interest (not paying themselves their own 50% equity interest) after the Hendrixes' payment of the costs of the auction and payment of the full outstanding indebtedness owed to The Evangeline Bank & Trust Company on the mortgage.

      ii. That should Fredonomics, LLC (or Jeremy and/or Jaime Frederick) be the highest bidder at the auction, they shall be obligated to pay to Lance and Lacey Hendrix their 50% equity interest (not paying themselves their own 50% equity interest), after payment of the costs of the auction (Fredonomics, LLC shall not be obligated to pay the mortgage debt at the closing of the auction, but shall continue to remain solely obligated to The Evangeline Bank & Trust Company for the mortgage balance if it is the highest bidder).

  i. That upon receipt of the auction proceeds and confirmation of the auction by the US Marshals Service, the Marshal, acting as Commissioner, shall execute

        and deliver to the purchaser of the Property a Commissioner's Deed conveying all title and interest in and to the Property to the purchaser. Upon receipt of such conveyance, the purchaser shall be entitled to immediate possession of the Property.

j. That unless either the Plaintiffs or the Defendant are the winning bidder of the Property at the auction, upon the confirmation by this Court of the US Marshals auction, all of the right, title, claim and interest to the Property by each of Lance Hendrix, Lacey Hendrix and Fredonomics, LLC, and any of those claiming by, under or through them, in and to the Property and every part thereof, shall be and the same will be forever barred, including all rights or possibility of dower, curtesy and homestead and all legal and equitable rights of redemption. The parties shall be required to comply with the execution of any documents required to effectuate any such transfer.

k. The parties agree that the following shall be removed from the property prior to the auction date:

    i. Any surveillance equipment.

    ii. Any "deer stands," "game cameras," or any other photographic device.

    iii. Any tractor lawnmower or other similar type vehicle.

    iv. Any other personal property paid for singularly by any party.

l. That the Parties shall not commit waste, damage or deterioration to the Property from the date of this Order forward[2].

---

[2] This shall be deemed to include removal of any mineral interests, including rocks, as well as the cutting of any trees.

    m. Neither the Plaintiffs nor Defendant (or Defendant's members/owners) shall be required to make a down payment on the date of the auction. If a third-party buyer is the highest bid, that third-party shall be required to pay a twenty-five thousand dollar ($25,000) non-refundable deposit.

    n. That the parties request that the Court retain control and jurisdiction of this cause for such further and other Orders as may be necessary to enforce the Order of Sale and both the rights and the obligations of the Plaintiffs and Defendant herein.

WHEREFORE, the Plaintiffs, Lance Hendrix and Lacey Hendrix, and the Defendant, Fredonomics, LLC, jointly request that this Court grant their Joint Motion for Entry of Consent Judgment and Order of Sale by US Marshals Public Auction, and enter a Judgment and Order for Sale consistent with the terms requested herein, and any such other terms as the Court deems necessary and proper.

                              Respectfully submitted,

                                */s/ M. Jered Medlock*
                              Jered Medlock, ABA# 2005304
                              Medlock & Gramlich, LLP
                              105 North 14th Street
                              Fort Smith, AR 72901
                              Phone (479) 494-5614
                              Facsimile: (479) 802-4742
                              Email: jmedlock@fortsmithlawfirm.com

                              *Attorney for Plaintiff*

           AND

        */s/ William F. Clark*
William F. Clark #2010142
DAVIS, BUTT, TAYLOR
  & CLARK, PLC
75 N. East Ave., Suite 402
P. O. Box 1224
Fayetteville, AR 72702-1224
(479) 521-7600
wclark@dbtcfirm.com

*Attorney for Defendant*

_____
Plaintiff Lance Hendrix

_____
Plaintiff Lacey Hendrix

**EXHIBIT "A"**
PREMISES DESCRIPTION

THE PROPERTY REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF CRAWFORD, STATE OF **ARKANSAS**, AND IS DESCRIBED AS FOLLOWS:

The Property consist of two houses at 11401 Schaberg Road, Mountainburg, Arkansas 72946 along with 735.91 acres of land, more or less.

EXHIBIT A

## EXHIBIT "A"

TRACT 1: ALL OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST, INCLUDING ALL OF BLOCKS 2, 3 AND 4, LEE'S ADDITION TO PORTER, AND ALSO INCLUDING LOTS 4 AND 5 IN BLOCK 7 LEE'S ADDITION TO THE TOWN OF PORTER, NOW SCHABERG.

LESS AND EXCEPT PART OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF SAID FORTY ACRE TRACT; RUN THENCE SOUTH ALONG THE EAST LINE OF SAID FORTY ACRE TRACT 684 FEET; THENCE WEST 160 FEET; THENCE NORTH 684 FEET; THENCE EAST 160 FEET TO THE POINT OF BEGINNING.

ALSO LESS AND EXCEPT ALL THAT PART LYING SOUTH AND EAST OF THE RAILROAD.

TRACT 2: ALL THAT PART OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING AND BEING EAST OF THE INTERSTATE HIGHWAY 49.

TRACT 3: THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 9, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 4: THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 9, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 5: THE SOUTHEAST QUARTER OF SECTION 9, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 6: THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 7: THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST.

TRACT 8: ALL THAT PART OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING NORTH AND WEST OF THE RAILROAD.

TRACT 9: ALL OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 10, TOWNSHIP 12 NORTH, RANGE 30 WEST LYING NORTH AND WEST OF THE RAILROAD.

TRACT 10: ALL OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 15, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING AND BEING NORTH AND WEST OF THE RAILROAD.

TRACT 11: THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER AND ALL THAT PART OF THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING NORTH AND WEST OF THE RAILROAD.

TRACT 12: ALL THAT PART OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING NORTH OF THE RAILROAD.

ALSO, ALL OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST, LESS AND EXCEPT THE RAILROAD RIGHT OF WAY AND ALSO LESS AND EXCEPT ALL THAT PART LYING SOUTH OF HOWARD FORK OF CLEAR CREEK.

File No: 39849

TRACT 13: THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST.

ALSO, THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 12 NORTH, RANGE 30 WEST. LESS AND EXCEPT THE RAILROAD RIGHT OF WAY AND ALSO LESS AND EXCEPT ALL THAT PART LYING AND BEING SOUTH OF HOWARD FORK OF CLEAR CREEK.

TRACT 14: ALL OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 17, TOWNSHIP 12 NORTH, RANGE 30 WEST, LYING AND BEING EAST OF I-49.

LESS AND EXCEPT: PART OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 17, TOWNSHIP 12 NORTH, RANGE 30 WEST OF THE FIFTH PRINCIPAL MERIDIAN, CRAWFORD COUNTY, ARKANSAS, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A FOUND STONE AT THE NORTHEAST CORNER OF SAID SECTION 17; THENCE SOUTH 01 DEGREES 39 MINUTES 18 SECONDS WEST, 1359.02 FEET ALONG THE EAST LINE OF SAID SECTION 17; THENCE NORTH 88 DEGREES 20 MINUTES 42 SECONDS WEST 477.66 FEET TO A SET ONE-HALF INCH DIAMETER REBAR AND THE POINT OF BEGINNING; THENCE WEST 100 FEET; THENCE SOUTH 100 FEET; THENCE EAST 105 FEET; THENCE NORTH 100 FEET; THENCE WEST 5 FEET TO THE POINT OF BEGINNING.

TRACT 15: All that part of the East Half of the Southeast Quarter, Section 17, Township 12 North, Range 30 West lying North and West of the base of the mountain.

LESS AND EXCEPT the Railroad right of way;

ALSO LESS AND EXCEPT that part deeded to or used by the Highway Commission.

AND ALSO LESS AND EXCEPT All that part of the East Half of the Southeast Quarter, Section 17, Township 12 North, Range 30 West conveyed to Larry McNeese and Marsha McNeese by Warranty Deed recorded November 12, 2019 as Document No. 2019010893 in the office of the Circuit Clerk and Ex-Officio Recorder of Crawford County, Arkansas.



CERTIFICATE OF RECORD
STATE OF ARKANSAS, COUNTY OF CRAWFORD
I hereby certify that this instrument was Filed and Recorded in the Official Records in Doc Num 2022004237
04/18/2022    12:48:04 PM
SHARON BLOUNT BAKER
CRAWFORD County Circuit Clerk & Recorder
By: _____

File No: 39849